# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
                    Plaintiff, )   CASE NO. SA 09-013M
)
            v. )
)   ORDER OF TEMPORARY DETENTION
ANDREA REYES LEON, )
)
                    Defendant. )
_____)

In this matter, the government had filed a request for detention, pursuant to a warrant issued by the United States District Court for the District of Arizona, alleging that the Defendant violated the conditions of release set by that Court. Defendant has waived an identity hearing. IT IS ORDERED that the Defendant be detained without bond pending her appearance in the United States District Court for the District of Arizona, for a revocation hearing pursuant to 18 U.S.C. § 3148.


DATED: January 20, 2009

                                MARC L. GOLDMAN
                                _____
                                MARC L. GOLDMAN
                                UNITED STATES MAGISTRATE JUDGE